# United States District Court

Southern DISTRICT OF New York

Carolyn Forrest

**04 CV 5151**

**JUDGE SWAIN**

v.

Unifund Financial Group, Inc., Unifund America, Inc., Unifund Partners Fund, L.P. (Series X), Unifund Partners Fund, L.P. (Series XI), Unifund Partners Group, L.P. (Series XII), Unifund Partners Group (Series XIV), R. Scott Barter and Murial Barter

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-5151(LTS)

TO: (Name and address of defendant)

1. Alan Scott, Esq. (Registered Agent), Levitt and Scott, 300 E. 42nd St., 9th Floor, NYC, NY 10017
2. Ralph Scott Barter, 10 Harbor St., East Hampton, NY
3. Murial Barter, 333 E. 49th St., Apt. 8H, NYC, NY 10017

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIC AGLOW, ESQ., UAW LEGAL SERVICES PLAN
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey, 07095
732-602-1166

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(BY) DEPUTY CLERK

DATE

STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 04-CV-5151(LTS)   AND FILED ON

| CAROLYN FORREST | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| UNIFUND FINANCIAL GROUP, INC., ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                           ) ss
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____8/20/2004_____ at _____6:57PM_____, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT JURY TRIAL DEMAND                                    (herein called
recipient)     MURIAL BARTER                                                              therein named.
At Location:  333 E. 49TH STREET, APT. 8H

              NEW YORK NY 10017

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   **FM**    Color of Skin   **WH**    Color of Hair        **BRNGR**
Age   **72**    Height          **5'7"**  Weight    **140**
          Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed  SHE  was not.

Sworn to before me on   8/25/2004

_____          _____
                                         Eric Averbach
Notary [...] New York                    Server's License#:  918027
[...] County
[...]

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index # 04 CV 5151                                   Purchased/Filed: June 30, 2004

State of New York           U. S. District Court           Southern New York County

---

Carolyn Forrest                                              Plaintiff

against

Unifund Financial Group, Inc., et al                         Defendant

---

STATE OF NEW YORK    )
COUNTY OF FULTON     )  ss
CITY OF GLOVERSVILLE )

__Gerald Skinner__, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on __August 16, 2004__, at __2:25PM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed __Summons in a Civil Case and Complaint Jury Trial Demand__, on __Unifund Financial Group, Inc.__, Defendant in this action, by delivering to and leaving with __Carol Vogt__ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; that said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. Description of the person served: Approx. Age: __49__   Approx. weight: __110__   Approx. Ht.: __5'1__   Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Other: _____

Sworn to before me on this __16th__ day of __August, 2004__

TAMMY SKINNER
NOTARY PUBLIC, State of New York
01SK6024054, Fulton County
Term Expires, May 03, 2007

Gerald Skinner

Invoice-Work Order # 0205773

*U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705*