USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/14/04

# UAW LEGAL SERVICES PLAN

UAW-GM / UAW-Ford / UAW-DaimlerChrysler
10 Woodbridge Center Drive
Suite 730
Woodbridge, New Jersey 07095
Phone: (732) 602-1166   Fax: (732) 602-9730

RECEIVED SEP 10 2004 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

Eric N. Aglow
Managing Attorney
Admitted in NJ, NY & DE

E-Mail: Ericag@uawlsp.com

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and retaining verification of such service within five days from the date hereof. Do not fax such verification to Chambers.

September 8, 2004

Hon. Laura Taylor Swain
Justice of the United States District Court
District Court for the Southern District of New York
40 Foley Square
New York City, New York 10007

    RE: Forrest v. Unifund Financial Group, Inc.
        Docket No. 04 CV 5151

Dear Judge Swain:

    I am attorney of record for the above entitled Plaintiff. I have received a Preliminary Trial Order which schedules this action for a pre-trial conference for **November 5, 2004**.

    This action was filed on June 30, 2004 and service of process was only recently made upon the Defendants. The time period to file an Answer has not yet expired. In addition, this action has not yet been scheduled for any preliminary conference nor, of course, has any discovery been performed. I have also been registered for many months to attend a national conference in Boston by the National Consumer Law Center which commences on November 5 and will continue the following 3 days.

    For all of these reasons, I am requesting that the Court adjourn the pre-trial conference and reschedule said conference and/or a preliminary conference for a different date. Thank you for your consideration of this request.

Sincerely,

Eric N. Aglow

*[Handwritten endorsement:]* The initial pre-trial conference is adjourned to November 12, 2004 at 2:30pm and the related deadlines are modified accordingly. SO ORDERED. 9/13/04

*[Handwritten:]* Faxed Atty/Pltf 9/14/04