# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT**
**COUNTY**

Index #: 04 CV 5151
Date Filed: June 30, 2004
Court Date:
Assigned Justice: SWAIN

ATTORNEY(S): : PH:
ADDRESS: File No.: 31218

**CAROLYN FORREST**
vs.
**UNIFUND FINANCIAL GROUP, INC.**

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

Susan Cortina, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On Saturday, September 11, 2004 at 10:24AM at 10 HARBOR STREET, EAST HAMPTON NY, deponent served the within Summons and Complaint Jury Trial Demand

on: RALPH SCOTT BARTER
therein named. Defendant

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person.

**#2 CORPORATION** ☐ By delivering to and leaving with _____ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☒ By delivering a true copy of each to JEFF BARTER - SON a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by _____

**#5 MAIL COPY** ☒ On September 16, 2004, deponent completed service under the last two sections by depositing a true copy of each document to the the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**#7 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: Male Color of skin: White Color of hair: Brown Age: appx.16 Height: approx. 5'5"
Weight: appr.125-130Lbs. Other Features: _____

**#8 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** ☒ Your deponent asked person spoken to whether the defendant was in the active military service of the United States or N. Y. State and received a negative reply. Upon information and belief I have, being based on the conversation and observations above narrated, defendant is not in the military service.

**#10 OTHER** ☐

Sworn to before me on this 16 day of SEPTEMBER, 2004

JOANN C. PALKUNAS
NOTARY PUBLIC, State of New York
01RE5047042, Qualified in Suffolk County
TERM EXPIRES AUGUST 14, 2005

Susan Cortina
Server's Lic #
Invoice-Work Order # 042291