10/04/2004 09:50   17326029730
10/04/2004 09:14   21-27799928          EATON & VAN WINKLE          PAGE 02/02
                                                                   PAGE 03/04

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/06/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                Defendants.

Case No. 04 CV 5151 (LTS)

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

    1.    The time for all defendants to answer, move or otherwise respond to the Complaint is hereby extended to and including Monday, October 11, 2004.

    2.    Defendants agree not to contest the personal jurisdiction of this Court over them, including but not limited to the manner of service.

    3.    Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
          October 1, 2004

UAW-GM LEGAL SERVICES PLAN

By: _____
    Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Ericag@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
    Alfred Ferrer III, Esq. (AF 3661)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: aferrer@evw.com
Attorneys for Defendants

SO ORDERED:

_____
    U.S.D.J.

5 October 2004
DATE

Counsel of recca 10/5/04