UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN FORREST,<br><br>                            Plaintiff,<br><br>                -against-<br><br>UNIFUND FINANCIAL GROUP, INC.,<br>UNIFUND AMERICA, INC.,<br>UNIFUND PARTNERS FUND, L.P. SERIES X,<br>UNIFUND PARTNERS FUND, L.P. SERIES XI,<br>UNIFUND PARTNERS FUND, L.P. SERIES XII,<br>UNIFUND PARTNERS FUND, L.P. SERIES XIV,<br>RALPH SCOTT BARTER and<br>MURIEL BARTER,<br><br>                            Defendants. | Case No. 04 CV 5151 (LTS)<br><br>**NOTICE OF MOTION** |

      Upon the accompanying Declaration of Alfred Ferrer III, dated October 12, 2004, all other pleadings and proceedings in this action, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated October 12, 2004, Defendants, by their undersigned attorneys, hereby move, pursuant to Fed. R. Civ. P. 9(b) and 12(b)6, to dismiss the Complaint, dated June 28, 2004.

Dated:  New York, New York
          October 12, 2004

                                      EATON & VAN WINKLE LLP

                                      By:___S/_____
                                         Alfred Ferrer III, Esq. (AF 3661)
                                      3 Park Avenue, 16th Floor
                                      York, New York 10016
                                      (212) 779-9910;  Fax: (212) 779-9928
                                      aferrer@evw.com
                                      Attorneys for Defendants

TO:    UAW-GM LEGAL SERVICES PLAN
        Eric N. Aglow, Esq. (EA 7223)
        10 Woodbridge Center Drive, Suite 730
        Woodbridge, New Jersey 07095
        (732) 602-1166; Fax: (732) 602-9730
        E-mail: Ericag@Uawlsp.com
        Attorneys for Plaintiff