UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                       Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                       Defendants.

Case No. 04 CV 5151 (LTS)

**DECLARATION OF SERVICE OF DEFENDANTS' MOTION TO DISMISS AND SUPPORTING PAPERS**

      ALFRED FERRER III, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.    I am an attorney admitted to practice in this court, and I am of counsel to the firm of Eaton & Van Winkle LLP, attorneys for defendants. On October 12, 2004, I served the only other party not represented by my firm, the plaintiff, with true copies of the following documents:

      **NOTICE OF MOTION [TO DISMISS THE COMPLAINT], DATED OCTOBER 12, 2004;**

      **DECLARATION OF ALFRED FERRER III, DATED OCTOBER 12, 2004, WITH EXHIBIT A; AND**

      **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DATED OCTOBER 12, 2004.**

      2.    Service was made both electronically to the following designated e-mail address of plaintiff's counsel of record, with a second copy mailed by first-class mail to such counsel's following designated address:

            UAW-GM LEGAL SERVICES PLAN
            Eric N. Aglow, Esq. (EA 7223)
            10 Woodbridge Center Drive, Suite 730
            Woodbridge, New Jersey 07095
            (732) 602-1166; Fax: (732) 602-9730
            E-mail: Ericag@Uawlsp.com
            Attorneys for Plaintiff

      3.    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2004, in New York, New York.

                                                  S/ _____
                                                     ALFRED FERRER III (AF 3661)