UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/04
```

-----------------------------------------------------------x

CAROLYN FORREST
    Plaintiff

-against-                                          Case No. *04-CV-5151 (LTS)*

UNIFUND FINANCIAL GROUP, INC.;                     ECF CASE
UNIFUND AMERICA, INC.;
UNIFUND PARTNERS FUND, L.P. Series X;              STIPULATION AND
UNIFUND PARTNERS FUND, L.P. Series XI;             ORDER
UNIFUND PARTNERS GROUP, L.P. Series XII
UNIFUND PARTNERS GROUP, LP, Series XIV
RALPH SCOTT BARTER and
MURIEL BARTER
    Defendants.

-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for all parties as follows:

1. The time for the Plaintiff to respond and file papers in opposition to Defendants' Motion to Dismiss is extended to November 19, 2004.

2. The time for Defendants to file a Reply is extended to December 7, 2004.

3. Consistent with Rule 1 of the Federal Rules or Civil Procedure and to avoid waste of party and judicial resources, to the extent any discovery is required to proceed with respect to the Complaint which is the subject of Defendants' Motion to Dismiss: (1) all discovery, including the initial disclosures of FRCP 26(a), are stayed until a time to be set by the Court after the Court's determination of the Motion and (2) the Initial Pre-Trial Conference currently

scheduled for November 12, 2004 at 2:30 PM is adjourned to a date to be set by the Court after determination of the Motion.

4. Faxed signatures on this Stipulation may be submitted to the Court with the same effect as originals.

Dated: October 14 2004

BY: *[signature]*
Eric N. Aglow, Esq. (ENA-7223)
UAW Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Woodbridge, New Jersey 07095
732 602 1166
E-mail: Ericag@uawlsp.com
Attorney for Plaintiff

*[signature]* 10/14/04
EATON AND VAN WINKLE LLP
Alfred Ferrer III, Esq. (AF 3661)
3 Park Ave, 16th Floor
New York City, New York 10016
Voice: 212 779 9910
Fax: 212 779-9928
E-mail: aferrer@evw.com
Attorney for Defendants

SO ORDERED:

*[signature]*
U.S.D.J.

Dated: 10/18/04