UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CAROLYN FORREST
              Plaintiff

  -against-                              Case No. *04-CV-5151 (LTS)*

UNIFUND FINANCIAL GROUP, INC.;       ECF CASE
UNIFUND AMERICA, INC.;               SUPPLEMENTAL
UNIFUND PARTNERS FUND, L.P. Series X;  STIPULATION AND
UNIFUND PARTNERS FUND, L.P. Series XI;  ORDER
UNIFUND PARTNERS GROUP, L.P. Series XII  TO FURTHER EXTEND
UNIFUND PARTNERS GROUP, LP, Series XIV  TIME TO RESPOND
                                             TO DEFENDANT'S
RALPH SCOTT BARTER and             MOTION TO DISMISS
MURIEL BARTER
              Defendants.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for all parties as follows:

1. The time for the Plaintiff to respond and file papers in opposition to Defendants' Motion to Dismiss is further extended to December 6, 2004.

2. The time for Defendants to file a Reply is further extended to December 24, 2004.

3. Consistent with Rule 1 of the Federal Rules or Civil Procedure and to avoid waste of party and judicial resources, to the extent any discovery is required to proceed with respect to the Complaint which is the subject of Defendants' Motion to Dismiss: (1) all discovery, including the initial disclosures of FRCP 26(a), are further stayed until a time to be set by the Court after the Court's determination of the Motion and (2) the Initial Pre-Trial Conference currently

scheduled for November 12, 2004 at 2:30 PM is adjourned to a date to be set by the Court after determination of the Motion.

4. Faxed signatures on this Stipulation may be submitted to the Court with the same effect as originals.

Dated: November 12, 2004

BY: _____
Eric N. Aglow, Esq. (ENA-7223)
UAW Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Woodbridge, New Jersey 07095
732 602 1166
E-mail: Ericag@uawlsp.com
Attorney for Plaintiff

_____
EATON AND VAN WINKLE LLP
Alfred Ferrer III, Esq. (AF 3661)
3 Park Ave, 16th Floor
New York City, New York 10016
Voice: 212 779 9910
Fax:   212 779-9928
E-mail: aferrer@evw.com
Attorney for Defendants

SO ORDERED:

_____
U.S.D.J.

Dated: _____