USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/04

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CAROLYN FORREST
        Plaintiff

-against-

UNIFUND FINANCIAL GROUP, INC.;
UNIFUND AMERICA, INC.;
UNIFUND PARTNERS FUND, L.P. Series X;
UNIFUND PARTNERS FUND, L.P. Series XI;
UNIFUND PARTNERS GROUP, L.P. Series XII
UNIFUND PARTNERS GROUP, LP, Series XIV

RALPH SCOTT BARTER and
MURIEL BARTER
        Defendants.

------------------------------------------------------------x

Case No. *04-CV-5151 (LTS)*

ECF CASE
SUPPLEMENTAL
STIPULATION AND
ORDER
TO FURTHER EXTEND
TIME TO RESPOND
TO DEFENDANT'S
MOTION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for all parties as follows:

1. The time for the Plaintiff to respond and file papers in opposition to Defendants' Motion to Dismiss is further extended to December 6, 2004.

2. The time for Defendants to file a Reply is further extended to December 24, 2004.

3. Consistent with Rule 1 of the Federal Rules or Civil Procedure and to avoid waste of party and judicial resources, to the extent any discovery is required to proceed with respect to the Complaint which is the subject of Defendants' Motion to Dismiss: (1) all discovery, including the initial disclosures of FRCP 26(a), are further stayed until a time to be set by the Court after the Court's determination of the Motion and (2) the Initial Pre-Trial Conference currently

scheduled for November 12, 2004 at 2:30 PM is adjourned to a date to be set by the Court after determination of the Motion.

4. Faxed signatures on this Stipulation may be submitted to the Court with the same effect as originals.

Dated: November 12, 2004

BY: _____
Eric N. Aglow, Esq. (ENA-7223)
UAW Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Woodbridge, New Jersey 07095
732 602 1166
E-mail: Ericag@uawlsp.com
Attorney for Plaintiff

EATON AND VAN WINKLE LLP
Alfred Ferrer III, Esq. (AF 3661)
3 Park Ave, 16th Floor
New York City, New York 10016
Voice: 212 779 9910
Fax:   212 779-9928
E-mail: aferrer@evw.com
Attorney for Defendants

SO ORDERED:
_____
U.S.D.J.

Dated: 16 Nov 2004