Eric N. Aglow, Esq.
UAW-GM Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Voice No.  732 602 1166
Fax No.    732 602 9730
E-mail:    Ericag@Uawlsp.com
Attorney(s) for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROLYN FORREST,<br>　　　　　　Plaintiff(s)<br>　　vs.<br>UNIFUND FINANCIAL GROUP, ET AL<br>　　　　　　Defendant(s) | Case No. 04-CV-5151(LTS)<br><br>CIVIL ACTION<br>**PROOF OF MAILING** |

1.   I, the undersigned, am Eric N. Aglow, Esq, UAW-GM Legal Services Plan, attorney(s) for Plaintiff in the above-entitled action.

2.   On May 25, 2005, I mailed in the U.S. Post Office in Woodbridge, New Jersey, a sealed envelope with postage prepaid thereon, by ordinary mail, containing the Amended Complaint addressed to the attorney for the Defendants, Alfred Ferrer, Esq., Eaton and Van Winkle at 3 Park Ave., 16th Floor, New York City, New York 10016.

　　I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 25, 2005

　　　　　　　　　　/s/_____
　　　　　　　　　　Eric N. Aglow, Esq.

Case 1:04-cv-05151-LTS-THK    Document 19    Filed 05/25/2005    Page 2 of 2