UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN FORREST,<br><br>         Plaintiff,<br><br>    -against-<br><br>UNIFUND FINANCIAL GROUP, INC., UNIFUND AMERICA, INC., RALPH SCOTT BARTER and MURIEL BARTER,<br><br>         Defendants. | Case No. 04 CV 5151 (LTS)<br><br>**NOTICE OF MOTION** |

  Upon the accompanying Defendants' Memorandum of Law in Support of Their Motion for Reconsideration and Re-argument, and all other filings and proceedings in this action, defendants respectfully move, pursuant to Federal Rule of Civil Procedure 60(b) and Local Civil Rule 6.3, for: (i) reconsideration and re-argument of that portion of the Amended Memorandum Opinion and Order, dated May 12, 2005, and entered May 13, 2005, of the Honorable Laura Taylor Swain, which determined that plaintiff had pled [in her original complaint] sufficient facts on which to predicate a demand for punitive damages in connection with her tort claims and that plaintiff would be permitted to replead her claim for punitive damages with respect to her tort

claims (at page 10 of the Opinion and Order); and (ii) such other and further relief in favor of defendants which the Court determines to be just and proper.

Dated:  New York, New York
       May 27, 2005

                      EATON & VAN WINKLE LLP

                      By:_____
                          Alfred Ferrer III, Esq. (AF 3661)
                      3 Park Avenue, 16th Floor
                      York, New York 10016
                      (212) 779-9910;  Fax: (212) 779-9928
                      aferrer@evw.com
                      Attorneys for Defendants

TO:    UAW-GM LEGAL SERVICES PLAN
        Eric N. Aglow, Esq. (EA 7223)
        10 Woodbridge Center Drive, Suite 730
        Woodbridge, New Jersey 07095
        (732) 602-1166; Fax: (732) 602-9730
        E-mail: Ericag@Uawlsp.com
        Attorneys for Plaintiff