UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                             Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                             Defendants.

Case No. 04 CV 5151 (LTS)

**DECLARATION OF SERVICE OF DEFENDANTS' MOTION FOR RECONSIDERATION AND RE-ARGUMENT**

        ALFRED FERRER III, pursuant to 28 U.S.C. § 1746, declares as follows:

        1.    I am an attorney admitted to practice in this court, and I am of counsel to the firm of Eaton & Van Winkle LLP, attorneys for defendants. On May 27, 2005, I served the only other party not represented by my firm, the plaintiff, with true copies of the following documents:

        **NOTICE OF MOTION, DATED MAY 27, 2005; and**

        **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION AND RE-ARGUMENT, DATED MAY 27, 2005.**

        2.    Service was made both electronically to the following designated e-mail address of plaintiff's counsel of record, with a second copy mailed by first-class mail to such counsel's following designated address:

                UAW-GM LEGAL SERVICES PLAN
                Eric N. Aglow, Esq. (EA 7223)
                10 Woodbridge Center Drive, Suite 730
                Woodbridge, New Jersey 07095
                (732) 602-1166; Fax: (732) 602-9730
                E-mail: Ericag@Uawlsp.com
                Attorneys for Plaintiff

        3.    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2005, in New York, New York.

                                                  ALFRED FERRER III (AF 3661)