Eric N. Aglow, Esq.
UAW-GM Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Voice No.  732 602 1166
Fax No.    732 602 9730
E-mail:    Ericag@Uawlsp.com
Attorney(s) for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLYN FORREST,
                PLAINTIFF(S)      CASE No. 04-CV-5151(LTS)
   vs.
                                                Civil Action
UNIFUND FINANCIAL GROUP, ET AL    **PROOF OF MAILING**
                Defendant(s)

---

1.   I, the undersigned, am Eric N. Aglow, Esq., UAW-GM Legal Services Plan, attorney(s) for Plaintiff in the above-entitled action.

2.   On May 31, 2005, I mailed in the U.S. Post Office in Woodbridge, New Jersey, a sealed envelope with postage prepaid thereon, by ordinary mail, containing the Affirmation in Opposition to Motion for Leave to Reargue, addressed to the attorney for the Defendants, Alfred Ferrer, Esq., Eaton and Van Winkle at 3 Park Ave., 16th Floor, New York City, New York 10016.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 25, 2005

/s/_____

Eric N. Aglow, Esq.