UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                       Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                       Defendants.

Case No. 04 CV 5151 (LTS)

**DECLARATION OF SERVICE OF DEFENDANTS' REPLY MEMORANDUM OF LAW**

    ALFRED FERRER III, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am an attorney admitted to practice in this court, and I am of counsel to the firm of Eaton & Van Winkle LLP, attorneys for defendants. On June 1, 2005, I served the only other party not represented by my firm, the plaintiff, with true copies of the following document:

> **DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR RECONSIDERATION AND RE-ARGUMENT, DATED JUNE 1, 2005.**

    2.    Service was made both electronically to the following designated e-mail address of plaintiff's counsel of record, with a second copy mailed by first-class mail to such counsel's following designated address:

> UAW-GM LEGAL SERVICES PLAN
> Eric N. Aglow, Esq. (EA 7223)
> 10 Woodbridge Center Drive, Suite 730
> Woodbridge, New Jersey 07095
> (732) 602-1166; Fax: (732) 602-9730
> E-mail: Ericag@Uawlsp.com
> Attorneys for Plaintiff

    3.    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2005, in New York, New York.

                                                        ALFRED FERRER III (AF 3661)