06/09/2005  13:15    17326029730
06/09/2005  12:09    2127799528        EATON & VAN WINKLE                    PAGE 02/02
                                                                              PAGE 03/03

USDC SDNY
DOCUMENT   SWAIN
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                Defendants.

Case No. 04 CV 5151 (LTS)

**STIPULATION AND ORDER**

ECF CASE

       IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

       1.    The time for all defendants to answer, move or otherwise respond to the Amended Complaint is hereby extended on the consent of all parties to and including Friday, July 1, 2005.

       2.    In order to promote the informal efforts at resolution required by Rule 2(B) of the Individual Practices of Judge Laura Taylor Swain (version dated November 3, 2004), defendants agree to submit to plaintiff's counsel by Friday, June 24, a copy of any motion they intend to file by July 1, 2005, addressed to the Amended Complaint.

       3.    To the extent plaintiff's counsel needs time beyond the minimum time specified by this Court's local rules to respond to such motion, defendants' counsel will cooperate in consenting to any such reasonable extension of time.

       4.    Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
       June 9, 2005

UAW-GM LEGAL SERVICES PLAN

By: _____
    Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Ericag@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
    Alfred Ferrer III, Esq. (AF 3661)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: aferrer@evw.com
Attorneys for Defendants

SO ORDERED:

_____
         U.S.D.J.

6/13/05
_____
         DATE