```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/05/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                     Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                     Defendants.

Case No. 04 CV 5151 (LTS)

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

       1.     The time for all defendants to answer, move or otherwise respond to the Amended Complaint is hereby extended on the consent of all parties to and including Friday, July 22, 2005.

       2.     In order to promote the informal efforts at resolution required by Rule 2(B) of the Individual Practices of Judge Laura Taylor Swain (version dated November 3, 2004), defendants agree to submit to plaintiff's counsel by Friday, July 15, 2005, a copy of any motion they intend to file by July 22, 2005, addressed to the Amended Complaint.

       3.     Plaintiff shall serve and file any response to such motion by September 16, 2005, and defendants shall serve and file any reply to such papers by September 30, 2005.

       4.     Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
          June 30, 2005

UAW-GM LEGAL SERVICES PLAN

By: _____
Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Ericag@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
Alfred Ferrer III, Esq. (AF 3661)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: aferrer@evw.com
Attorneys for Defendants

SO ORDERED:

_____
         U.S.D.J.

DATE