USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

        Plaintiff,

  -against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

        Defendants.

Case No. 04 CV 5151 (LTS)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

    1.  In order to promote further informal efforts at resolution as expressly encouraged by Rule 2(B) of the Individual Practices of Judge Laura Taylor Swain (version dated November 3, 2004), defendants' motion for dismissal and other relief, which is being served today on plaintiff's counsel pursuant to the prior Stipulation and Order dated June 30, 2005, and so ordered by Judge Swain on July 1, 2005, will not be filed with the court until August 12, 2005.

    2.  That filing date is well in advance of the rest of the briefing schedule set by such prior Stipulation and Order, including the September 16, 2005, date for plaintiff's service and filing of responsive papers, and the September 30, 2005, date for defendants' service and filing of any reply papers.

    3.  Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
    July 22, 2005

UAW-GM LEGAL SERVICES PLAN

By: _____
  Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Ericag@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
  Alfred Ferrer III, Esq. (AF 3661)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: aferrer@evw.com
Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.

_____8/1/2005_____
DATE