UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN FORREST,<br><br>         Plaintiff,<br><br>  -against-<br><br>UNIFUND FINANCIAL GROUP, INC., UNIFUND AMERICA, INC., RALPH SCOTT BARTER and MURIEL BARTER,<br><br>         Defendants. | Case No. 04 CV 5151 (LTS)<br>ECF Case<br><br>**NOTICE OF MOTION** |

  Upon the accompanying Declaration of Alfred Ferrer III, dated August 12, 2005, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint and for Other Relief, dated August 12, 2005, and all other filings and proceedings in this action, Defendants move for: (i) an order dismissing the Amended Complaint, dated May 25, 2005, pursuant to Fed. R. Civ. P. 9(b) and 12(b)6; (ii) to the extent the Court does not dismiss all claims in the Amended Complaint, an order pursuant to 9 U.S.C.A. §§ 3 and 4 staying this action and compelling arbitration of any remaining claims pursuant to the arbitration agreement entered into by plaintiff; and (iii) sanctions and attorneys fees and costs pursuant to Fed. R. Civ. P. 11.

Dated: New York, New York
   August 12, 2005

EATON & VAN WINKLE LLP

By:_____
 Alfred Ferrer III, Esq. (AF 3661)
3 Park Avenue, 16th Floor
York, New York 10016
(212) 779-9910;  Fax: (212) 779-9928
aferrer@evw.com
Attorneys for Defendants

TO:    UAW-GM LEGAL SERVICES PLAN
        Eric N. Aglow, Esq. (EA 7223)
        10 Woodbridge Center Drive, Suite 730
        Woodbridge, New Jersey 07095
        (732) 602-1166; Fax: (732) 602-9730
        E-mail: Ericag@Uawlsp.com
        Attorneys for Plaintiff