Swain, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

            Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

            Defendants.

Case No. 04 CV 5151 (LTS)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

    1.    To permit an appropriate period for the further consultation directed by the Court's Order dated August 23, 2005, with respect to Defendants' Motion to Dismiss the Amended Complaint and for Other Relief, dated August 12, 2005, the time for defendants to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including September 29, 2005.

    2.    Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
       September 12, 2005

UAW-GM LEGAL SERVICES PLAN

By: _____
    Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Ericag@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
    Alfred Ferrer III, Esq. (AF 3661)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: aferrer@evw.com
Attorneys for Defendants

SO ORDERED:

_____
    U.S.D.J.

9/14/2005
DATE