UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                                        Plaintiff,

                                                            Case No. 04 CV 5151 (LTS)

            -against-

UNIFUND FINANCIAL GROUP, INC., UNIFUND          **NOTICE OF MOTION**
AMERICA, INC., RALPH SCOTT BARTER and
MURIEL BARTER,

                                        Defendants.

            Upon the accompanying Declaration of Alfred Ferrer III, dated September 29, 2005, and

all other filings and proceedings in this action, defendants respectfully move, pursuant to the

Order, dated August 23, 2005, of the Honorable Laura Taylor Swain, and the certification

pursuant to Paragraph 2.B of the Individual Practice Rules of Judge Swain (which certification is

included in the Declaration of Alfred Ferrer III, dated September 29, 2005), for an order:

            1.      Reinstating defendants' motion to dismiss the amended complaint and for other

relief, previously brought by:

                        Notice of Motion, dated August 12, 2005 (Docket No. 36);

                        Declaration of Alfred Ferrer III, dated August 12, 2005, with
                        Exhibits 1 through 11 (Docket No. 38); and

                        Memorandum of Law in Support of Defendants' Motion to
                        Dismiss the Amended Complaint and for Other Relief, dated
                        August 12, 2005 (Docket No. 37);

            2.      Extending the time for defendants to serve any required responsive pleading to the

amended complaint until 10 days after notice of the Court's action on this application for

reinstatement of the motion to dismiss, and, if the Court grants such application, until the time

provided by Rule 12(a)(4) of the Federal Rules of Civil Procedure for any such responsive

pleading after notice of the Court's action on the motion to dismiss; and

      3.     For such other and further relief in defendants' favor as the Court determines to be

appropriate.

Dated:  New York, New York
          September 29, 2005

                                EATON & VAN WINKLE LLP

                                By:_____
                                   Alfred Ferrer III, Esq. (AF 3661)
                                3 Park Avenue, 16th Floor
                                York, New York 10016
                                (212) 779-9910;  Fax: (212) 779-9928
                                aferrer@evw.com
                                Attorneys for Defendants

TO:    UAW-GM LEGAL SERVICES PLAN
         Eric N. Aglow, Esq. (EA 7223)
         10 Woodbridge Center Drive, Suite 730
         Woodbridge, New Jersey 07095
         (732) 602-1166; Fax: (732) 602-9730
         E-mail: Ericag@Uawlsp.com
         Attorneys for Plaintiff