USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                              Plaintiff,

    -against-

UNIFUND FINANCIAL GROUP, INC., UNIFUND
AMERICA, INC., RALPH SCOTT BARTER and
MURIEL BARTER,

                              Defendants.

Case No. 04 CV 5151 (LTS)

**NOTICE OF MOTION**

**MEMO ENDORSED**

       Upon the accompanying Declaration of Alfred Ferrer III, dated September 29, 2005, and all other filings and proceedings in this action, defendants respectfully move, pursuant to the Order, dated August 23, 2005, of the Honorable Laura Taylor Swain, and the certification pursuant to Paragraph 2.B of the Individual Practice Rules of Judge Swain (which certification is included in the Declaration of Alfred Ferrer III, dated September 29, 2005), for an order:

       1.    Reinstating defendants' motion to dismiss the amended complaint and for other relief, previously brought by:

            Notice of Motion, dated August 12, 2005 (Docket No. 36);

            Declaration of Alfred Ferrer III, dated August 12, 2005, with
            Exhibits 1 through 11 (Docket No. 38); and

            Memorandum of Law in Support of Defendants' Motion to
            Dismiss the Amended Complaint and for Other Relief, dated
            August 12, 2005 (Docket No. 37);

       2.    Extending the time for defendants to serve any required responsive pleading to the amended complaint until 10 days after notice of the Court's action on this application for reinstatement of the motion to dismiss, and, if the Court grants such application, until the time

*The within application is granted.*
Copies ~~mailed~~ Faxed counsel of record 12/13/05
Chambers of Judge Swain   12/13/05

**SO ORDERED.**

_____  12/12/05
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

provided by Rule 12(a)(4) of the Federal Rules of Civil Procedure for any such responsive pleading after notice of the Court's action on the motion to dismiss; and

3.   For such other and further relief in defendants' favor as the Court determines to be appropriate.

Dated:  New York, New York
        September 29, 2005

                                      EATON & VAN WINKLE LLP

                                  By: _____
                                      Alfred Ferrer III, Esq. (AF 3661)
                                  3 Park Avenue, 16th Floor
                                  York, New York 10016
                                  (212) 779-9910;  Fax: (212) 779-9928
                                  aferrer@evw.com
                                  Attorneys for Defendants

TO:   UAW-GM LEGAL SERVICES PLAN
       Eric N. Aglow, Esq. (EA 7223)
       10 Woodbridge Center Drive, Suite 730
       Woodbridge, New Jersey 07095
       (732) 602-1166; Fax: (732) 602-9730
       E-mail: Ericag@Uawlsp.com
       Attorneys for Plaintiff