Swain, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

CAROLYN FORREST
        Plaintiff

-against-

UNIFUND FINANCIAL GROUP, INC.;
ET AL
        Defendants.

-------------------------------------x

Case No. 04-5151 (LTS)

STIPULATION AND ORDER
TO EXTEND TIME TO
RESPOND TO MOTION
TO DISMISS COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for all parties as follows:

1. The time for the Plaintiff to respond and file papers in opposition to Defendants' Motion to Dismiss, which has been reinstated by Order of this Court dated December 12, 2005, is extended to February 6, 2006.

2. The time for Defendants to file a Reply is extended to February 17, 2006.

3. Consistent with Rule 1 of the Federal Rules or Civil Procedure and to avoid waste of party and judicial resources, to the extent any discovery is required to proceed with respect to the Complaint which is the subject of Defendants' Motion to Dismiss, all discovery, including the initial disclosures of FRCP 26(a), are further stayed until a time to be set by the Court after the Court's determination of the Motion.

4. Faxed signatures on this Stipulation may be submitted to the Court with the same effect as originals.

Dated: December 19, 2005

BY: *[signature]*
Eric N. Aglow, Esq. (ENA-7223)
UAW Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Woodbridge, New Jersey 07095
732 602 1166
E-mail: Ericag@uawlsp.com
Attorney for Plaintiff

*[signature]*
EATON AND VAN WINKLE LLP
Vince McGill, Esq.
3 Park Ave, 16th Floor
New York City, New York 10016
Voice: 212 561 3604
Fax:   212 779-9928
Attorney for Defendants

SO ORDERED:
*[signature]* 12/19/2005
U.S.D.J.

Dated: 12/19/05

Copies faxed 12/20/05
Chambers of Judge Swain