03/03/2006  13:01  17326029730                                    PAGE 02/02
03/03/2006  12:35  2128124454        EATON & VAN WINKLE           PAGE 02/02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/06/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                Defendants.

Case No. 04 CV 5151 (LTS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

1. The time for defendants to submit reply papers concerning their motion to dismiss the amended complaint is hereby extended from March 3, 2006, to and including March 10, 2006. If plaintiff desires to respond, defendants consent to plaintiff submitting such supplemental response by March 31, 2006.

2. Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
       March 3, 2006

UAW-GM LEGAL SERVICES PLAN

By: _____
   Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Erica@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
   Vincent McGill, Esq. (VM 2655)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: vmcgill@evw.com
Attorneys for Defendants

SO ORDERED:

_____ 3/6/2006
    U.S.D.J.

March 3, 2006
    DATE