03/13/2006  12:18   17326029730                                              PAGE 02/02
03/10/2006  08:09   2128124464          EATON & VAN WINKLE                   PAGE 02/02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/15/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                Plaintiff,         Case No. 04 CV 5151 (LTS)

   -against-                                STIPULATION AND ORDER

UNIFUND FINANCIAL GROUP, INC., ET AL.,

                Defendants.

      IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

      1.     The time for defendants to submit reply papers concerning their motion to dismiss the amended complaint is hereby extended from March 10, 2006, to and including March 17, 2006. If plaintiff desires to respond, she may submit such supplemental response by April 14 (EA) 2006.

      2.     Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated:  New York, New York
          March 10, 2006

| UAW-GM LEGAL SERVICES PLAN | EATON & VAN WINKLE LLP |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Eric N. Aglow, Esq. (EA 7223) | Vincent McGill, Esq. (VM 2655) |
| 10 Woodbridge Center Drive, Suite 730 | 3 Park Avenue, 16th Floor |
| Woodbridge, New Jersey 07095 | New York, New York 10016-2078 |
| (732) 602-1166; Fax: (732) 602-9730 | (212) 779-9910; Fax: (212) 779-9928 |
| E-mail: Ericag@Uawlsp.com | E-mail: vmcgill@evw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED:

_[signature]_  3/14/2006
    U.S.D.J.

                              March 13, 2006
                                      DATE

Copies faxed counsel of record
Chambers of Judge Swain
                      3/14/06