UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

          Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., ET AL.,

          Defendants.

Case No. 04 CV 5151 (LTS)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/06

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties as follows:

    1.    The time for defendants to submit reply papers concerning their motion to dismiss the amended complaint is hereby extended from March 17, 2006, to and including March 24, 2006. If plaintiff desires to respond, she may submit such supplemental response by April 21, 2006.

    2.    This will be the last request by defendants to extend their time for reply papers and if plaintiff needs further time to serve responsive papers, defendant will cooperate in agreeing to such additional time.

    3.    Faxed signatures on this stipulation may be submitted to the Court with the same effect as originals.

Dated: New York, New York
       March 20, 2006

UAW-GM LEGAL SERVICES PLAN

By: _____
Eric N. Aglow, Esq. (EA 7223)
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
E-mail: Ericag@Uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
Vincent McGill, Esq. (VM 2655)
3 Park Avenue, 16th Floor
New York, New York 10016-2078
(212) 779-9910; Fax: (212) 779-9928
E-mail: vmcgill@evw.com
Attorneys for Defendants

SO ORDERED:

_____ 3/21/2006
U.S.D.J.

3/20/06
DATE

Copies mailed Counsel of record
Chambers of Judge Swain    3/21/06