Eric N. Aglow, Esq.
UAW-GM Legal Services Plan
10 Woodbridge Center Drive
Suite 730
Voice No.  732 602 1166
Fax No.    732 602 9730
E-mail:    Ericag@Uawlsp.com
Attorney(s) for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAROLYN FORREST, | | |
| | Plaintiff(s) | Case No. 04-CV-5151(LTS) |
| vs. | | |
| | | Civil Action |
| UNIFUND FINANCIAL GROUP, ET AL | | **PROOF OF MAILING** |
| | Defendant(s) | |

1.   I, the undersigned, am Eric N. Aglow, Esq., UAW-GM Legal Services Plan, attorney(s) for Plaintiff in the above-entitled action.

2.   On April 13, 2006, I mailed in the U.S. Post Office in Woodbridge, New Jersey, a sealed envelope with postage prepaid thereon, by ordinary mail, containing the Affirmation in sur-Reply to Motion to Dismiss the Amended Complaint, addressed to the attorney for the Defendants, Eaton and Van Winkle at 3 Park Ave., 16th Floor, New York City, New York 10016.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 13, 2006

/s/_____
Eric N. Aglow, Esq.