USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/15/07

# UAW LEGAL SERVICES PLAN
10 Woodbridge Center Drive
Suite 730
Woodbridge, New Jersey 07095
Phone: (732) 602-1166   Fax: (732) 602-9730

Eric N. Aglow
Managing Attorney
Admitted in NJ, NY & DE

E-Mail: Ericag@uawlsp.com

March 14, 2007

Hon. Laura T. Swain
United States District Judge
Southern District of New York
Moynihan United States Courthouse
500 Pearl Street, Room 755
New York City, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [...] such certification to Chambers.

RE: Forrest v. Unifund Financial Group (04-5151)

Dear Judge Swain:

   I am attorney for record for the above entitled Plaintiff. I am in receipt today, through electronic transmission, of the Order and Decision by the Court that denied Defendants' Motion to Dismiss the Amended Complaint. I am also in receipt of the Initial Conference Order which scheduled said conference for April 9.

   To date, Defendants' counsel has not yet filed an Answer since their Motions to Dismiss were filed prior to any responsive pleading.

   I spoke this morning with counsel for Defendants and with your law clerk. With the consent of Defendants' counsel, we are requesting a three week adjournment of the conference date. This will allow sufficient time for the Defendants to file an Answer and for counsel to thereafter consult in accordance with the Conference Order and file a Joint proposed Order.

*The conference is adjourned to May 4, 2007 at 9:45AM.*

Respectfully Submitted,

Eric N. Aglow

**SO ORDERED.**

3/14/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc: Alfred Ferrer, Esq.
    Vincent McGill, Esq.