```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/02/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                            Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC., UNIFUND AMERICA, INC., RALPH SCOTT BARTER and MURIEL BARTER,

                            Defendants.

Case No. 04 CV 5151 (LTS)
ECF Case

**STIPULATION AND ORDER OF WITHDRAWAL OF ONE OF THE CO-COUNSEL FOR DEFENDANTS**

    IT IS HEREBY STIPULATED AND ORDERED that Brunelle, Hadjikow & Weltz, P.C., formerly named Brunelle & Hadjikow, P.C., is relieved as co-counsel for defendants; and that co-counsel Eaton & Van Winkle LLP ("EVW"), which has been attorney of record for defendants throughout this case, shall assume sole representation of defendants going forward. Lead attorneys for EVW will be Alfred Ferrer III (AF 3661), serving in an of counsel capacity to EVW for purposes of this representation, and Vincent McGill (VM 2655), a member of EVW.

Dated: New York, New York
         March 23, 2007

BRUNELLE, HADJIKOW & WELTZ, P.C.

By: _____
George Brunelle (GB 3900)
40 Broad Street, 6th Floor
New York, New York 10004
(212) 809-9100; Fax: (212) 809-3219
Outgoing Co-Counsel for Defendants

EATON & VAN WINKLE LLP

By: _____
Vincent McGill (VM 2655)
vmcgill@evw.com
Alfred Ferrer III (AF 3661), Of Counsel
aferrer@evw.com
3 Park Avenue, 16th Floor
New York, New York 10016
(212) 779-9910; Fax: (212) 779-9928
Continuing Counsel for Defendants

SO ORDERED:

_____
         U.S.D.J.

2 April 2007
Dated

00043429