UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Carolyn Forrest

                Plaintiffs,

-v-

Unifund Financial Group

                Defendant.
------------------------------------------------------------X
LAURA TAYLOR SWAIN, District Judge

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: MAY 0 4 2007

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

04 Civ. 5151 (LTS)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                May 4, 2007

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge