UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CAROLYN FORREST

               Plaintiff,

    -against-

UNIFUND FINANCIAL GROUP, INC.,
et al.

              Defendants.
------------------------------------X

04 Civ. 05151 (LTS)(THK)

**SCHEDULING ORDER**

**FROM: THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a telephone conference with the Court to discuss the remaining discovery in this matter; it is hereby ORDERED:

    1. By December 1, 2007, Defendants shall identify their expert witness, if any.

    2. By December 31, 2007, the parties shall complete fact discovery, including depositions of all fact witnesses, and Plaintiff shall produce her expert witness report to Defendants.

    3. By January 21, 2008, Defendants shall produce their rebuttal expert witness reports, if any, to Plaintiff.

    4. By February 8, 2008, the parties shall complete depositions of all expert witnesses.

SO ORDERED.

                                        THEODORE H. KATZ
                                        UNITED STATES MAGISTRATE JUDGE

Dated:    October 24, 2007
            New York, New York