UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CAROLYN FORREST

          Plaintiff

   -against-                                       Case No. 04-CV-5151 (LTS)(THK)

UNIFUND FINANCIAL GROUP, INC.;            ORDER
UNIFUND AMERICA, INC.;                           AND
RALPH SCOTT BARTER and                      JUDGMENT BY
MURIEL BARTER                                         DEFAULT

                    Defendants.

------------------------------------------------------------x

**THIS MATTER HAVING BEEN BROUGHT BEFORE THIS COURT**, by Eric N. Aglow, Esq., UAW Legal Services Plan, as attorney for Plaintiff, by a letter in lieu of a formal motion, dated November 13, 2007 and addressed to Magistrate Judge Theodore H. Katz; and

**THIS COURT HAVING** issued an Order dated November 7, 2007, with a Notice of Electronic Filing having been served upon counsel for all parties, which found Defendants to be in violation of the prior Order of this Court dated October 24, 2007 requiring the production of documents no later than October 25, 2007, and which directed Defendant's counsel to produce said documents no later than November 13, 2007; and

**THIS COURT HAVING DETERMINED** by said letter dated November 13, 2007 from Plaintiff's counsel that said documents have not been produced as directed; and

**THIS COURT HAVING FOUND** that Defendants are in violation of the Order of this Court dated November 7, 2007;

**IT IS HEREBY ORDERED AND DECREED** on this ____/____ day of November 2007 that the Answer to the Amended Complaint filed by Defendants on March 27, 2007 is hereby stricken; and

**IT IS FURTHER ORDERED AND DECREED** that Defendants' counsel shall pay forthwith to Plaintiff's counsel the costs incurred to obtain this Order in the amount of $ 250.00 plus sanctions in the amount of $ 750.00, both to be in addition to costs specified in prior Orders and all to be paid no later than ~~November 16, 2007, and~~ *December 17, 2007;*

*If all responsive documents are not produced by December 4, 2007, severe sanctions under Rule 37 still be imposed.*

**IT IS FURTHER ORDERED** that a ~~Judgment~~ by Default is hereby entered in favor of Plaintiff and against all Defendants, individually and severally, in the amount of Two Hundred Seventy Two Thousand and Eight Hundred Dollars ($272,800.00) plus accrued interest from the date each Promissory Note underlying this action became due and payable to Plaintiff.

11/28/07  _____
Hon. Theodore H. Katz