RECEIVED
DEC 21 2007
CHAMBERS OF
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

ALFRED FERRER III
ATTORNEY AT LAW
61 BROADWAY - SUITE 1601
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 991-8726
FAX: (212) 267-3024

EMAIL: aferrer@alfredferrer.com

December 21, 2007

**BY FAX**

Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

Forrest v. Unifund Financial Group, Inc., et al.,
U.S. Dist. Ct., S.D.N.Y., 04 Civ. 5151 (LTS)(THK)

Dear Magistrate Judge Katz:

I am of counsel to Eaton & Van Winkle LLP, attorneys of record for Defendants, and I just received by fax this morning a copy of the December 20, 2007, letter to Your Honor from plaintiff's counsel, Mr. Aglow.

While there is much in Mr. Aglow's letter that I disagree with and will respond to in detail in a subsequent letter, I do not object to an extension of the discovery cutoff as I made clear to Mr. Aglow during our December 19, 2007, telephone discussion. If he believes four months is an appropriate time period, I consent to such. I also certainly consent to Mr. Aglow's request for a conference and suggest it be conducted by telephone to obviate the need for Mr. Aglow to travel to Manhattan.

Thank you.

*An in-court conference will take place on January 9, 2008, at 11:00 A.M. Between now & then, the Court expects Defdt's counsel to confer with Plaintiff's counsel to address the concerns raised in his letter.*

Respectfully yours,

Alfred Ferrer III
Of Counsel to Eaton & Van Winkle LLP
for purposes of this action

cc: Eric N. Aglow, Esq. (By Fax)

**SO ORDERED**
12/21/07
THEODORE H. KATZ
UNITED STATES MAGISTRATE J[UDGE]