UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CAROLYN FORREST,

                Plaintiff,

    -against-                                    04 CIVIL 5151 (LTS)(THK)

UNIFUND FINANCIAL GROUP, INC.,
ET AL.,        Defendant.
-----------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Alfred Ferrer III, Attorney for Defendants__

- ☒ *Attorney*
  - ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __AF3661__
  - ☐ I am a Pro Hac Vice attorney
  - ☐ I am a Government Agency attorney

- ☒ *Law Firm/Government Agency Association*

  From: __Eaton & Van Winkle LLP (Of Counsel for purpose of action)__

  To: __Alfred Ferrer III, Esq.__

  - ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
  - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- ☒ *Address:* __61 Broadway, Suite 1601, New York, NY 10006__
- ☒ *Telephone Number:* __(212) 991-6726__
- ☒ *Fax Number:* __(212) 267-3024__
- ☒ *E-Mail Address:* __aferrer@alfredferrer.com__

Dated: __3/17/08__                        [signature]