

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

                        Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC.,
UNIFUND AMERICA, INC.; RALPH SCOTT
BARTER and MURIEL BARTER,

                        Defendants.

Case No. 04 Civ. 5151 (LTS)(THK)
ECF Case

**STIPULATION AND ORDER
PLACING CASE ON
SUSPENSE CALENDAR**

       WHEREAS all parties to this action have reached a settlement and compromise which has been memorialized in a "Confidential Settlement Agreement" that has been executed by the parties; and

       WHEREAS such settlement and compromise provides for a Stipulation of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to be filed by the Plaintiff's attorney upon completion of certain settlement obligations specified in the Agreement; and

       WHEREAS, in light of the settlement and compromise, it is not in the interest of any party to invest further expense and effort in pre-trial preparations, as has been

discussed with Honorable Magistrate Judge Theodore H. Katz, who has been presiding over such pre-trial preparations and who has also been assisting with settlement and compromise discussions,

IT IS THEREFORE HEREBY STIPULATED AND AGREED by all parties to this action, through their undersigned counsel, and the Court's so-ordering of this stipulation is jointly requested by all parties, as has been recommended by Magistrate Judge Katz, as follows:

This action shall be forthwith placed on the suspense calendar with no further action required by any party except as provided below.

2. To the extent a Voluntary Stipulation of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), which is currently being held in escrow by Plaintiff's counsel, is not filed by Plaintiff's counsel, on or before July [31], 2008, Plaintiff's counsel shall be permitted to file in the Action the affidavits of Confession of Judgment pursuant to the terms of the Confidential Settlement Agreement and to obtain Judgment thereon, without the necessity of filing a new action.

3. Until and unless said Stipulation of Dismissal is filed with this Court in the manner described above, or the Court orders otherwise after notice to the parties, this action shall not be dismissed nor closed by the Court.

Dated: New York, New York
       March 14, 2008

| UAW LEGAL SERVICES PLAN | EATON & VAN WINKLE LLP |
|---|---|
| By: *Eric N. Aglow* | By: *Alfred Ferrer III* |
| Eric N. Aglow, Esq. (EA7223) | Alfred Ferrer III (AF3661) |
| UAW Legal Services Plan | Of Counsel for purpose of this action |
| 10 Woodbridge Center Drive, Suite 730 | 3 Park Avenue |
| Woodbridge, New Jersey 07095 | New York, New York 10016 |
| (732) 602-1166; Fax: (732) 602-9730 | and |
| Ericag@uawlsp.com | 61 Broadway, Suite 1601 |
| Attorneys for Plaintiff | New York, New York 10006 |
|  | (212) 991-6726; Fax: (212) 267-3024 |
|  | aferrer@alfredferrer.com |
|  | Attorneys for Defendants |

SO ORDERED:

_____ 3/19/2008
U.S.D.J.                                                    Date