Swain

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN FORREST,

          Plaintiff,

-against-

UNIFUND FINANCIAL GROUP, INC.,
UNIFUND AMERICA, INC.; RALPH SCOTT
BARTER and MURIEL BARTER,

          Defendants.

Case No. 04 Civ. 5151 (LTS)(THK)
ECF Case

**STIPULATION OF DISMISSAL**
**OF ACTION WITH PREJUDICE**

    IT IS HEREBY STIPULATED by all parties who have appeared in this action, by their counsel of record, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to any party.

Dated: New York, New York
        June __6__, 2008

UAW LEGAL SERVICES PLAN

By: _____
    Eric N. Aglow, Esq.
10 Woodbridge Center Drive, Suite 730
Woodbridge, New Jersey 07095
(732) 602-1166; Fax: (732) 602-9730
Ericag@uawlsp.com
Attorneys for Plaintiff

EATON & VAN WINKLE LLP

By: _____
    Alfred Ferrer III, Of Counsel
3 Park Avenue
New York, New York 10016; and
61 Broadway, Suite 1601
New York, New York 10006
(212) 991-6726; Fax: (212) 267-3024
aferrer@alfredferrer.com
Attorneys for Defendants

The clerk of Court is requested to close this case

_____
6/11/08
U.S.D.J.